UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

CARLOS MENDOZA, )
)
        Petitioner, ) Case No. CV 04-2632 CJC (AJW)
)
   v. )
) ORDER ADOPTING REPORT AND
TOM L. CAREY, WARDEN, ) RECOMMENDATION OF
) MAGISTRATE JUDGE
        Respondent. )
_____)

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the entire record in this action, and the Report and Recommendation of United States Magistrate Judge ("Report"). No objections to the Report have been filed within the time allowed. The Court concurs with and adopts the findings of fact, conclusions of law, and recommendations contained in the Report.

    DATED: April 23, 2008

Cormac J. Carney
United States District Judge