FILED
CLERK, U.S. DISTRICT COURT
APR 23 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CARLOS MENDOZA, ) | No. CV 04-2632-CJC(AJW) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| TOM L. CAREY, Warden, ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is denied.

Dated: April 23, 2008

_____
Cormac J. Carney
United States District Judge